### PEOPLE, Plaintiff, v. BETTS et al., Defendants.

(Common Pleas of New York City and County, General Term. February 5, 1894.)

Action by the people of the state of New York against Carlton H. Betts, principal, and Alois E. Keene, surety. Motion to vacate judgment entered on a forfeited recognizance.

J. R. Fellows, for the People.
Louis J. Grant, for defendants.

.PER CURIAM. Neither the record of forfeiture nor a copy of the judgment nor a certificate of the district attorney is annexed to the papers presented herewith. The application to vacate the judgment of forfeiture must therefore be denied. See People v. Lasher (Com. Pl. N. Y.) 11 N. Y. Supp. 711.

---

### PEOPLE, Plaintiff, v. O'DONNELL et al., Defendants.

(Common Pleas of New York City and County, General Term. February 5, 1894.)

Action by the people of the state of New York against Joseph O'Donnell, principal, and John Boland, surety. Motion to vacate judgment entered on a forfeited recognizance.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

Delancy Nicoll, for the People.
Jeroloman & Arrowsmith, for defendants.

PER CURIAM. Motion granted. The certificate having been furnished as required by this court on a former application, and it appearing from all the papers that the defendant has been convicted, and the county has suffered no loss, the judgment of forfeiture is hereby vacated.

---

### REYNOLDS, Appellant, v. PATTEN, Respondent.

(Common Pleas of New York City and County, General Term. February 5, 1894.)

Appeal from city court.
Action by Martin Reynolds against Thomas Patten, impleaded, etc.
Argued before DALY, C. J., and BISCHOFF, and PRYOR, JJ.
Johnston & Johnston, for appellant.
Deyo, Dun & Baurdorf, for respondent.
No opinion. Motion for reargument granted. See 25 N. Y. Supp. 100.